No. 92–8465.  SCOTT v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 92–8468.  WILLIAMS v. CLELAND, SECRETARY OF STATE OF GEORGIA.  C. A. 11th Cir.  Certiorari denied.

No. 92–8474.  MILLER-EL v. TEXAS.  Ct. Crim. App. Tex. Certiorari denied.

No. 92–8485.  HUDSON v. UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 92–8494.  CABAL v. DEPARTMENT OF JUSTICE ET AL. C. A. 8th Cir.  Certiorari denied.

No. 92–8499.  RODRIGUEZ v. NEW YORK.  App. Div., Sup. Ct. N. Y., 1st Jud. Dept.  Certiorari denied.

No. 92–8503.  DAVIS v. UNITED STATES.  Ct. App. D. C. Certiorari denied.

No. 92–8506.  ALLRIDGE v. TEXAS.  Ct. Crim. App. Tex. Certiorari denied.

No. 92–8507.  WRIGHT v. RENO, ATTORNEY GENERAL OF THE UNITED STATES, ET AL.  C. A. D. C. Cir.  Certiorari denied.

No. 92–8523.  SEPULVEDA AQUERRE v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 92–8550.  COLLINS v. SHALALA, SECRETARY OF HEALTH AND HUMAN SERVICES.  C. A. 5th Cir.  Certiorari denied.

No. 92–8554.  WINSETT v. ILLINOIS.  Sup. Ct. Ill.  Certiorari denied.

No. 92–8576.  FLORES v. ILLINOIS.  Sup. Ct. Ill.  Certiorari denied.

No. 92–8578.  ELLIOT v. UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 92–8593.  LIBED v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.